**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JULIE CARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 02:09-cv-02146 |
| | ) | |
| AETNA INSURANCE COMPANY, a/k/a | ) | |
| AETNA, | ) | |
| | ) | |
| Defendant. | ) | |

---

## JUDGMENT

---

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Motion for Judgment on the Pleadings (D.E. 13), filed September 4, 2009,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Judgment on the Pleadings, this case is DISMISSED with prejudice.


APPROVED:

s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE


December 7, 2009
Date